

FILED

DEC - 3 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ISSUANCE OF ARREST WARRANT

Your affiant, John T. Slayton, being dully sworn and deposed, states the following:

1.      Your affiant is a Special Agent (S/A) with Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Homeland Security Investigation (HSI) and has been so employed since June 10, 2001.  Your affiant is currently assigned to an investigation regarding a drug trafficking organization (DTO) that is involved in the transportation and distribution of cocaine.

2.      Your affiant makes this affidavit in support of an application for an arrest warrant for the following individuals:

   a.  **Sandy DE LOS SANTOS**

   b.  **Rafael GUERRERO**

3.      This request for an arrest warrant is made in relation to the following offenses occurring in the Eastern District of Virginia (EDVA) and elsewhere:

   a.  Manufacture, Distribution, or Possession of a Controlled Substance on a vessel *with intent to distribute* in violation of Title 46, U.S.C. Section 70503

*RJK*

## FACTS AND CIRCUMSTANCES

4.      Since November 2018, Special Agents and Task Force Officers assigned to the Department of Homeland Security (HSI), working in conjunction with Drug Enforcement Administration (DEA) Special Agents assigned to the Hampton Post of Duty, have been investigating maritime smuggling operations occurring within International Waters.

5.      On November 24, 2021, while on routine patrol in international waters, a Joint Interagency Task Force South (JIATF-S) maritime patrol aircraft located a Go-Fast Vessel (GFV) occupied by two individuals approximately 143 nautical miles south of Isla Beata, Dominican Republic. U.S. Coast Guard personnel attached to the Royal Fleet Auxiliary (RFA) Wave Knight diverted to intercept the GFV.  U.S. Coast Guard personnel subsequently launched a rigid hull inflatable boat and made contact with the GFV. Upon obtaining positive control of

the GFV, U.S. Coast Guard personnel identified the two crew members as Sandy DE LOS SANTOS and Rafael GUERRERO.

6.     There was no indicia of nationality observed on the vessel and when asked about the nationality of the vessel, Sandy DE LOS SANTOS claimed to be in charge and stated the vessel was from the Dominican Republic.  The government of the Dominican Republic could neither confirm nor deny nationality of the vessel. U.S. Coast Guard personnel recovered from the deck of the GFV twenty bales containing approximately 500 kilograms of cocaine, a schedule II controlled substance. Both mariners found aboard the GFV were detained and are being transferred to the Eastern District of Virginia for prosecution.

Based on the above, I believe that there is probable cause to believe that a violation of Title 46 U.S.C., Section 70503 has been committed by **Sandy DE LOS SANTOS** and **Rafael GUERRERO**

_____
John T. Slayton
Special Agent
U.S. Department of Homeland Security

Read and Approved:

_____
Eric M. Hurt
Assistant United States Attorney

Sworn and subscribed to before me On this 3rd day of December 2021

_____
Robert J. Krask
United States Magistrate Judge
Norfolk, Virginia

2